UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAR SAFADI,

           Plaintiff,

v.

MARK KIRBY ROE, et al.,

           Defendants.

CASE NO. C18-1305-RAJ

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient. He indicates a net monthly salary of $3,000.00 and some $12,000.00 a year in benefits. He indicates monthly expenses of $850.00 in child support and otherwise states only that he is presently homeless. He also states he is "working full time for free as an advocate" in this proposed class action matter. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information, including clarification as to his current monthly income, any benefits or other sources of money, and a detailed description of monthly expenses. He must explain how he is able to meet his basic

monthly expenses, including food, shelter, and child support.  Failure to comply may result in denial of IFP and/or dismissal.

DATED this 10th day of September, 2018.

WILLIAM M. MCCOOL, Clerk

By: s/ Tomas Hernandez
Deputy Clerk

MINUTE ORDER
PAGE - 2