UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAR SAFADI,

          Plaintiff,

  v.

MARK KIRBY ROE, et al.,

          Defendants.

CASE NO. C18-1305-RAJ

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

     Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 10) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). *See also Tatari v. Safadi*, C18-1286-MJP. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

     DATED this 10th day of October, 2018.

                             Mary Alice Theiler
                             United States Magistrate Judge